**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:22-cr-67 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MACKENZIE STEPP, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on August 8, 2025.[1] The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on August 20, 2025. The defendant admitted to the following violation:

1.  Illicit Substance Use;
2.  Falsifying Drug Screen; and
3.  Failure to Comply with Substance Use Treatment.

The magistrate judge filed a report and recommendation on August 20, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] Supplemental reports were filed on June 23, 2025 and September 16, 2025.

the conditions of her supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on September 17, 2025. Present were the following: Assistant United States Attorney Marc D. Bullard, representing the United States; Attorney Lawrence L. Delino, Jr., representing the defendant; the defendant Mackenzie Stepp, and United States Probation Officer Katelyn Keck

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of her supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant remain on the same terms and conditions of her current supervised release with the following additional conditions:

**Cognitive Behavioral Treatment**. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

**Alcohol Restriction:** You must not use or possess alcohol.

**IT IS SO ORDERED**.

Dated: September 17, 2025

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2